**Abatement Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00838-CV
_____

**MATTHEW KENDALL AND KENDALL ACQUISITION COMPANY, LLC, Appellants**

**V.**

**TURN-KEY SPECIALIST, INC. AND JAMES T. LEWELLEN, INDIVIDUALLY AND JOINTLY AND SEVERALLY, Appellees**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2012-72621**

---

## ABATEMENT ORDER

Notice was filed on July 2, 2018, that appellee Turn-Key Specialist, Inc. is in bankruptcy. *See* Tex. R. App. P. 8.1. According to the notice, on June 7, 2018, Turn-Key Specialist, Inc. petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 18-33170. A bankruptcy suspends the appeal from the date when the bankruptcy

petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.